# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

2017 AUG 24 A 9:25
U.S. MARSHAL
MILWAUKEE, WI

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2017 AUG -8 P 4:29
STEPHEN C. DRIES
CLERK

(Full name of plaintiff(s))

Laleace Thurman

v.

Case Number: **17-C-1093**

(Full name of defendant(s))

Cheryl Schwartz, Tiffany Schultz, Maria T. Kiel, Michael Brophy, Karen Gibbs, Shannon Christensen and Michael Brophy and Rick Kellar.

(to be supplied by Clerk of Court)

### A. PARTIES

1. Plaintiff is a citizen of **Wisconsin** (State) and resides at **P.O. Box 80103 (former address of 3921 N. Humboldt Blvd. #9a** (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant **Cheryl Schwartz and Tiffany Schultz and Maria T. Kiel, Karen Gibbs, Michael Brophy and Rick Kellar** (Name) is (if a person or private corporation) a citizen of **Wisconsin**


EXHIBIT A

and (if a person) resides at <u>Unknown</u> (State, if known)

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for <u>Aurora West Allis Medical Center 8901 W. Lincoln Ave West Allis, WI 53227</u>

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Cheryl Schwartz, Tiffany Schultz and RN Maria T. Kiel have all violated my Rights during my 5-month employment at Aurora West Allis Medical Center. ① On January 21st, 2017 I was merely defending myself in an argument that ensued between me and coworker Margarita Perez-Sanchez and as a recourse, I was given a Final Warning by HR Tiffany Schultz and PAS Supervisor Cheryl Schwartz after being lied on by RN Maria T. Kiel as the supposed witness to the argument that took place Jan. 21st, 2017 in the Emergency Department. That encounter was my first and only disagreement I'd had with that co-worker and the punishment I received did not coincide

with my part in the verbal disagreement in my defence. It is my belief that because I'm Black, I received a harsher penalty. ② The second offence by Tiffany Schultz and Cheryl Schwartz was February 27th, 2017 when they orchestrated and allowed me to be struck on my upper left arm in the Fast Track Unit of the Emergency Department by RN Maria T. Kiel. The experience left me disheartened and feeling uncomfortable and unsafe in my work environment. I reported the incident to HR Tiffany Schultz and Shannon Christenson who had a conversation with my supervisor Cheryl Schwartz about the misconduct / inappropriate misbehavior of the RN Maria Kiel, but they (i.e. Cheryl Schwartz, Tiffany Schultz and HR Shannon Christenson did nothing to address or resolve my concerns or grievances about being struck by a fellow employee that caused me mental and emotional distress and resulted in low morale and work performance. I did not do anything to warrant such disrespect and harmful, egregious actions against me. HR Tiffany Schultz, HR Shannon Christensen and PAS Supervisor Cheryl Schwartz did nothing to repramand the RN Maria Kiel due to me being Black, in my honest belief, based on my personal encounters, experiences and emails to support my claims

3) After reporting my encounter with RN Maria T. Kiel who happens to be a white employee of Aurora West Allis Medical Center, to HR Personnel on March 21st, 2017, I experienced even more haneous, unconscienable acts of harm, disrespect and malice by multiple other staff/coworkers in the Emergency Department at Aurora West Allis Medical Center - 8901 W. Lincoln Ave. I was shoved, poked, touched, tapped and bumped into purposely by other individuals as retaliation for notifying HR that I was struck by the White RN Maria T. Kiel. I received no apology and no resolve to my grievances and concerns. The Third and Final Incident was April 1st, 2017 - when I was struck by a then patient of Aurora West Allis Medical Center in the Continued Care Unit of the Emergency Department by the name of ▮▮▮▮. I reported the incident to Loss Prevention Security staff Cathy Tiel filled out an incident report regarding being struck hard with an open hand by ▮▮▮▮▮, and instead of HR personnel Tiffany Schultz and PAS Supervisor Cheryl Schwartz seeing to it that I was okay, safe and supported as a valued employee I was put on suspension April 11th, 2017 for reporting being struck by the person who was a (white male) then I was fired via certified mail April 14th, 2017, by Tiffany Schultz - HR personnel and Cheryl Schwartz - The Patient Access Services Supervisor. On April 12th, 2017 I went up to AWAMC to get answers to the many concerns and questions about the treatment I received, information about the follow up with the West Allis Police by ▮▮▮▮ ▮▮▮▮ ▮▮▮ about me being struck by a white male person

(Continued) April 1st, 2017 and I was told by Karen Gibbs who is the RN Administrative Supervisor that HR Tiffany Schultz and my Immediate Supervisor would see to it that I was compensated for my being put on suspension while they did an internal investigation into why the patient struck me and how I could obtain a copy of the police report and that I would receive their full undivided support in the matter and would be called back to work once the internal investigation was completed. Ultimately it became evident that no internal investigation was performed and into me being struck by ▉▉▉▉▉ While registering him in the Emergency Department Continued Care Unit April 1st, 2017 in the 3 o'clock Hour. Aurora West Allis Medical Center Personnel Staff - HR Tiffany Schultz, PAS Supervisor Cheryl Schwartz and Security Manager Mary Lynn Wynchel filed a restraining order against me due to me calling to get answers into why I was suspended and then secretly terminated via mail and for leaving voice messages with biblical scriptures.

E.  JURY DEMAND

I want a jury to hear my case.

☑ – YES   ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __8th__ day of __August__ 20__17__.

Respectfully Submitted,

*Laleace Thurman*
Signature of Plaintiff

__(414) 207-7010__
Plaintiff's Telephone Number

~~P.O. Box 80103~~ __1laleace@gmail.com__
Plaintiff's Email Address

__P.O. Box 80103 Milwaukee, WI 53208__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.